IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| HANGER PROSTHETICS & ORTHOTICS EAST, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:07-CV-120 (Phillips) |
| RICHARD HENSON and MARTY ALTSHULER, Defendants | ) ) ) ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendants' motion to dismiss. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the defendants' motion to dismiss [Doc. 8] is **GRANTED,** whereby this action is **DISMISSED WITH PREJUDICE** on the merits. Defendants shall recover of the plaintiff, Hanger Prosthetics & Orthotics East, Inc., their costs of action.

Dated at Knoxville, Tennessee, this _____ day of October, 2007.

                                                                                       s/ Patricia L. McNutt
                                                                                           Clerk of Court